IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES R. EAGLE BOY,** | ) | **CASE NO. 4:13CV3120** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **STATE OF NEBRASKA,** | ) | |
| | ) | |
| Respondent. | ) | |

The above-captioned matter was provisionally filed on June 18, 2013. (Filing No. 1.) However, due to certain technical defects, the Petition for Writ of Habeas Corpus cannot be further processed. To assure further consideration of the Petition, Petitioner must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

Petitioner has failed to include the $5.00 filing fee. Petitioner has the choice of either tendering the $5.00 fee to the Clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. Accordingly,

IT IS ORDERED:

1. Petitioner is directed to correct the above-listed technical defect within 30 days of the date of this Memorandum and Order;

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice;

3. The Clerk of the court is directed to send to Petitioner the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit;

4. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: September 16, 2013: Check for MIFP or payment; and

5. In light of the information provided in this Memorandum and Order, Petitioner's Motion for Status (Filing No. 4) is granted to the extent it is consistent with this Memorandum and Order. As set forth above, the court has received the Petition for Writ of Habeas Corpus, but it has not received the $5.00 filing fee.

DATED this 19th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.